# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**APRIL GOUEDY, et al.**                                                                                      **PLAINTIFFS**

**v.**                            **CASE NO. 3:16-CV-00144 BSM**

**ROSE HANCOCK, Jail Administrator,**
**Clay County Detention Center, et al.**                                                      **DEFENDANTS**

## ORDER

The recommended dispositions ("RDs") submitted by United States Magistrate Judge Joe J. Volpe [Doc. Nos. 30, 35] have been reviewed. No objections have been filed. After reviewing the record, the RDs are adopted and this case is dismissed without prejudice.

IT IS SO ORDERED this 8th day of November 2016.

_____
UNITED STATES DISTRICT JUDGE