**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**APRIL GOUEDY, et al.**                                                                                   **PLAINTIFFS**

**v.**                          **CASE NO. 3:16-CV-00144 BSM**

**ROSE HANCOCK, Jail Administrator,**
**Clay County Detention Center, et al.**                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

DATED this 8th day of November 2016.

_____
UNITED STATES DISTRICT JUDGE